AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | August 3, 2007 |
| NAME OF SERVER *(PRINT)* <br> Benjamin A. Klopman | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  certified mail, return receipt requested (see attached).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-7-07
  Date

Signature of Server

Benjamin A. Klopman
216 North Adams Street
Rockville, MD  20850
301-424-0677
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

Sent To UNUM Life Insurance Company
Street, Apt. No.; c/o Dist. of Columbia Ins. Comm.
or PO Box No. Thomas E. Hampton, Dept of Ins.
City, State, ZIP+4 810 First St., NE, Suite 701
Washington, DC 20002

PS Form 3800, June 2002          See Reverse for Instructions

7006 0810 0005 6583 7150

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNUM Life Insurance
Company
c/o District of Columbia
Insurance Commission
Thomas E. Hampton
Department of Insurance,
Securities & Banking
810 First St., NE, Suite 701
Washington, DC 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Gerald J. Tolson    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery 8/3/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0005 6583 7150

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LAWRENCE FREDERICK TAYLOR

V.

UNUM LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01269
Assigned To : Friedman, Paul L.
Assign. Date : 07/17/2007
Description: CONTRACT

TO: (Name and address of Defendant)   UNUM Life Insurance Company
c/o District of Columbia Insurance Commiss
Commissioner Thomas E. Hampton
Dept. of Insurance, Securities & Banking
810 First Street, N.E., Suite 701
Washington, D.C. 2000_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin A. Klopman, Esquire
Benjamin A. Klopman, Chartered
216 North Adams Street
Rockville, Maryland 20850

an answer to the complaint which is served on you with this summons, within   **Twenty (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

JUL 17 2007

DATE