IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE FREDERICK TAYLOR<br>1118 Eastern Avenue, N.E.<br>Washington, D.C. 20019<br><br>      Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>2211 Congress Street<br>Portland, Maine 04122<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07 – 01269 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION OF DEFENDANT UNUM LIFE INSURANCE
COMPANY OF AMERICA TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Defendant UNUM Life Insurance Company of America ("UNUM"), by counsel, hereby requests that this Court allow UNUM until September 19, 2007 to serve its responsive pleadings to the Complaint of Plaintiff Lawrence Frederick Taylor ("Plaintiff") and sets forth the following in support of its motion:

1.    Plaintiff filed the Complaint on July 17, 2007. On August 3, 2007, Plaintiff attempted to serve UNUM through the District of Columbia Insurance Commissioner via certified mail.

2.    The District of Columbia Insurance Commissioner forwarded the Complaint to UNUM via certified mail August 24 and UNUM's legal department did not receive it until August 28, 2007. UNUM and its counsel require additional time to review and properly respond to the allegations in the Complaint.

3.    This Court may, in its discretion, allow UNUM additional time within which to file responsive pleadings. Fed. R. Civ. P. 6(b); *see also Jackson v. Telford*, 2006 U.S. Dist.

LEXIS 62625 (D.D.C. 2006); *Turner v. District of Columbia*, 268 F. Supp. 2d 23, 26 (D.D.C. 2003). The interests of justice would be served by allowing the enlargement of time.

4. Counsel for Plaintiff, Benjamin A. Klopman has agreed to allow UNUM until September 19 2007 to serve responsive pleadings.

WHEREFORE, Defendant UNUM Life Insurance Company of America, by counsel, respectfully requests that this Court grant its Consent Motion to Extend Time to File Responsive Pleadings and enter the Order attached hereto, thereby allowing UNUM until September 19, 2007 to serve its responsive pleadings to Plaintiff's Complaint.

Respectfully Submitted,

UNUM LIFE INSURANCE
COMPANY OF AMERICA


   /s/ Tameka M. Collier
By Counsel:

Tameka M. Collier, DC Bar No. 488979
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2950
FAX (202) 274-2994


David E. Constine, III
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339

   Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Consent Motion UNUM Life Insurance Company of America to Extend Time to File Responsive Pleadings was served electronically via the Court's CM/ECF system and via U.S. mail, postage prepaid, this 29th day of August, 2007 to:

>Benjamin A. Klopman
>216 North Adams Street
>Rockville, Maryland 20850

>_/s/ Tameka M. Collier_____
>Tameka M. Collier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE FREDERICK TAYLOR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07 – 01269 (PLF) |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Consent Motion of UNUM Life Insurance Company of America to Extend Time to File Responsive Pleadings, and for good cause shown, it is this _____ day of _____, 2007 hereby

ORDERED that the time for Defendant UNUM Life Insurance Company of America to serve its responsive pleadings is hereby enlarged until September 19, 2007.

_____
Judge