**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWRENCE FREDERICK TAYLOR,    )<br>                                                                   )<br>         Plaintiff,                                        )<br>                                                                   )<br>v.                                                              )<br>                                                                   )<br>UNUM LIFE INSURANCE COMPANY, )<br>                                                                   )<br>         Defendant.                                    )<br>                                                                   ) | Civil Action No. 1:07-CV-01269 (PLF) |

## **CERTIFICATE RULE LCvR 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Unum Life Insurance Company ("Unum") certifies that the following parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Unum Group (parent company)


UNUM LIFE INSURANCE COMPANY


/s/  Tameka Collier

Tameka M. Collier, DC Bar No. 488979
tameka.collier@troutmansanders.com
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2950
FAX (202) 274-2994

-and-

> David E. Constine, III, VSB No. 23223
> david.constine@troutmansanders.com
> Laura D. Windsor, VSB No. 70354
> laura.windsor@troutmansanders.com
> TROUTMAN SANDERS LLP
> P. O. Box 1122
> Richmond, Virginia  23218-1122
> (804) 697-1200
> FAX (804) 697-1339
>
> Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to Benjamin A. Klopman, 216 North Adams Street, Rockville, Maryland 20850, baklaw@verizon.net; and that a copy was also served via regular U.S. mail, postage prepaid.

> /s/  Tameka Collier
>
> Tameka M. Collier, DC Bar No. 488979
> tameka.collier@troutmansanders.com
> TROUTMAN SANDERS LLP
> 401 9th Street, N.W.
> Suite 1000
> Washington, DC 20004-2134
> (202) 274-2950
> FAX (202) 274-2994
>
> Counsel for Defendant

1647590

2