IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR         :

    Plaintiff                     :

v.                                 : Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY       :

    Defendant                     :

### CONSENT MOTION FOR CONTINUANCE

Lawrence Frederick Taylor, plaintiff, by his attorney Benjamin A. Klopman, with the consent of the defendant's counsel, moves for a continuance of the meet and confer status conference scheduled for October 25, 2007 at 9:15 a.m. in the above-captioned case and states the following in support of his motion.

    1.    On October 4, 2007, the Court issued a minute order scheduling the meet and confer status conference in the instant case for October 25, 2007 at 9:15 a.m.

    2.    Plaintiff's counsel is previously scheduled to be in trial in the case of <u>Smalls v. Figueroa</u>, Case No. 0502-0032120-2006 in the District Court of Maryland for Prince George's County on October 25, 2007 at 8:45 a.m. The trial in the <u>Smalls</u> case has previously been continued several times and is expected to proceed to trial on October 25, 2007.

3. Plaintiff's counsel has advised defendant's counsel of the above conflict and she has consented to a continuance of the meet and confer status conference in the instant case.

4. Defendant's counsel has provided plaintiff's counsel with the following potential new dates: October 31, November 1 and November 2, 2007.

5. Plaintiff's counsel is scheduled to be in the Superior Court for the District of Columbia at 9:30 a.m. on November 2, 2007 for a scheduling conference in another case and would appreciate the meet and confer conference in the instant case being scheduled either at 9:00 a.m. or 10:30 a.m. on November 2, 2007.

6. Good cause exists for the granting of this motion.

WHEREFORE, plaintiff requests that this consent motion for continuance be granted and the meet and confer status conference be continued from October 25, 2007 to one of the dates set forth above.

BENJAMIN A. KLOPMAN, CHARTERED

By: _____
Benjamin A. Klopman, #350082

216 North Adams Street
Rockville, Maryland 20850
(301)424-0677

Attorney for Plaintiff
Lawrence F. Taylor

<u>POINTS AND AUTHORITIES</u>

Plaintiff incorporates herein the points set forth in the body of the motion.

_____
Benjamin A. Klopman

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this __11__ day of October, 2007, a copy of the foregoing was mailed, postage prepaid, to:

Tameka M. Collier, Esquire
401 9TH Street, N.W.
Suite 1000
Washington, D.C.  20004-2134

David E. Constine III, Esquire
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122

_____
Benjamin A. Klopman

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR        :

    Plaintiff                  :

 v.                               :Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY      :

    Defendant                  :

### ORDER GRANTING CONSENT MOTION
### FOR CONTINUANCE

Upon consideration of plaintiff's consent motion for continuance, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia

ORDERED, that the aforesaid motion is hereby granted and the meet and confer status conference scheduled for October 25, 2007 in the above-captioned case is hereby continued to _____.

                                                United States District Court
                                                JUDGE PAUL L. FRIEDMAN

cc:  Benjamin A. Klopman
     BENJAMIN A. KLOPMAN, CHARTERED
     216 North Adams Street
     Rockville, Maryland 20850

     Tameka M. Collier, Esquire
     401 9TH Street, N.W.
     Suite 1000
     Washington, D.C. 20004-2134

David E. Constine III, Esquire
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122

Case 1:07-cv-01269-PLF    Document 6-2    Filed 10/11/2007    Page 2 of 2