IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR :

    Plaintiff :

v. : Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY :

    Defendant :

## LOCAL RULE 16.3 REPORT

Counsel for the respective parties in the above-captioned case conferred by telephone on October 11, 2007 and jointly submit this report in compliance with Local Rule 16.3.

1. The case is not likely to be disposed of by a preliminary dispositive motion.

2. Joinder of additional parties or amendment of the pleadings are not expected. Counsel reserve on the balance of this area of inquiry.

3. The parties do not request that the case be assigned to a magistrate judge.

4. Counsel agree that there is a realistic possibility of settlement.

5. Counsel wish to reserve on the issue of mediation. Counsel have agreed that defendant UNUM will produce its entire claim file for plaintiff's counsel to review and that the case

be stayed for ninety (90) days to accomplish same and allow for the parties to explore settlement and, if not successful, to decide whether mediation would be appropriate. Counsel will file a supplemental report with the Court at the end of the ninety (90) day period.

    6.   Defendant's counsel believe that the case can be resolved by cross-motions for summary judgment. Plaintiff's counsel reserves on this issue.

    7.   In light of the stay proposed in paragraph 5 above, the parties agree to dispense at this time with the initial disclosures required by Rule 26 (a)(1).

    8.   Defendant's counsel believes that, other than the production of defendant's claim file, no discovery is required. In light of stay proposed in paragraph 5 above, plaintiff's counsel reserves on the issue of discovery and requests that this issue not be addressed at this time.

    9.   Defendant's counsel believes that the exchange of expert witness reports is unnecessary. In light of the stay proposed in paragraph 5 above, plaintiff's counsel reserves on this issue and requests that this issue not be addressed at this time.

    10.   Not applicable.

    11.   Not applicable.

12. In light of stay proposed in paragraph 5 above, the parties request that the scheduling of the pretrial and trial be deferred at this time.

13. In light of stay proposed in paragraph 5 above, the parties request that the issue of the scheduling of the trial be deferred at this time.

TROUTMAN SANDERS LLP                BENJAMIN A. KLOPMAN, CHARTERED

By: *Tameka M. Collier (BAK / by prev auth)*     By: *B-AK*
    Tameka M. Collier, #488979          Benjamin A. Klopman, #350082

    401 9th Street, N.W.                216 North Adams Street
    Suite 1000                          Rockville, Maryland  20850
    Washington, D.C. 20004              (301)424-0677
    (202)274-2856
                                        Attorney for Plaintiff
    Attorney for Defendant              Lawrence F. Taylor
    UNUM Life Insurance Company


TROUTMAN SANDERS LLP

By: *David E. Constine (BAK / by prev auth)*
    David E. Constine, III, VSB No. 23223

    1001 Haxall Point
    P.O. Box 1122
    Richmond, Virginia 23218
    (801)697-1200

    Attorney for Defendant
    UNUM Life Insurance Company

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2007, a copy of the foregoing was mailed, postage prepaid, to:

>Tameka M. Collier, Esquire
>401 9TH Street, N.W.
>Suite 1000
>Washington, D.C.  20004-2134
>
>David E. Constine III, Esquire
>Troutman Sanders LLP
>P.O. Box 1122
>Richmond, Virginia  23218-1122

_____
Benjamin A. Klopman