IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR         :

    Plaintiff                     :

 v.                                :Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY       :

    Defendant                     :

## JOINT CONSENT MOTION FOR CONTINUANCE

    The parties, through their undersigned counsel, jointly move to continue the status conference currently scheduled in the instant case for January 31, 2008 and state the following in support of their motion.

    1.   The parties are actively engaged in settlement discussions and have recently agreed that if the discussions do not result in a resolution of the case in the near future, they will proceed to private mediation.

    2.   The parties, therefore, request that that status conference scheduled for January 31, 2008 be continued sixty (60) days to April 1, 2008.

    3.   Good cause exists for the granting of this motion.

    WHEREFORE, the parties jointly request that this motion for continuance be granted and the status conference scheduled for January 31, 2008 be continued to April 1, 2008.

| | |
|---|---|
| TROUTMAN SANDERS LLP | BENJAMIN A. KLOPMAN, CHARTERED |
| By: /s/_____<br>    Tameka M. Collier, #488979<br>    Troutman Sanders LLP<br>    401 9th Street, N.W.<br>    Suite 1000<br>    Washington, D.C. 20004<br>    (202)274-2856<br><br>    David E. Constine III<br>    Troutman Sanders LLP<br>    P.O. Box 1122<br>    Richmond, Virginia 23218<br><br>    Attorney for Defendant<br>    UNUM Life Insurance Company | By: /s/_____<br>    Benjamin A. Klopman, #350082<br><br>    216 North Adams Street<br>    Rockville, Maryland  20850<br>    (301)424-0677<br><br>    Attorney for Plaintiff<br>    Lawrence F. Taylor |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of January, 2008, a copy of the foregoing was served electronically on the following:

    Benjamin A. Klopman, #350082
    216 North Adams Street
    Rockville, Maryland  20850

                                        _____
                                        Tameka M. Collier

```
          IN THE UNITED STATES DISTRICT COURT FOR
                  THE DISTRICT OF COLUMBIA


LAWRENCE FREDERICK TAYLOR      :

     Plaintiff                 :

  v.                           :Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY    :

     Defendant                 :
```

### ORDER GRANTING JOINT MOTION
### FOR CONTINUANCE

Upon consideration of the joint motion for continuance, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia

ORDERED, that the joint motion for continuance is hereby granted and the status conference scheduled for January 31, 2008 at 9:30 a.m. in the above-captioned case is hereby continued to April 1, 2008 at 9:30 a.m.

```
                              _____
                              United States District Court
                               JUDGE PAUL L. FRIEDMAN
```

cc:   Benjamin A. Klopman
      BENJAMIN A. KLOPMAN, CHARTERED
      216 North Adams Street
      Rockville, Maryland  20850

      Tameka M. Collier
      Troutman Sanders LLP
      401 9TH Street, N.W.
      Suite 1000
      Washington, D.C.  20004-2134

      David E. Constine III
      Troutman Sanders LLP
      P.O. Box 1122
      Richmond, Virginia  23218-l122