IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR        :

     Plaintiff        :

  v.        :Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY    :

     Defendant        :

## JOINT CONSENT MOTION FOR CONTINUANCE

The parties, through their undersigned counsel, jointly move to continue the status conference currently scheduled in the instant case for April 1, 2008 and state the following in support of their motion.

1.    The parties have been actively engaged in settlement discussions.  Plaintiff has provided Defendant with some documentation to assist in the valuation of his claim.

2.    Additionally, the parties have agreed to seek private mediation during the week of June 16, 2008.  The schedule of counsel for Defendant prevents the mediation from occurring at an earlier date.  The parties currently are in the process of selecting a mediator.

3.    The parties, therefore, request that that status conference scheduled for April 1, 2008 be continued ninety (90) days to June 30, 2008.

4.    Good cause exists for the granting of this motion.

WHEREFORE, the parties jointly request that this motion for continuance be granted and the status conference scheduled for April 1, 2008 be continued to June 30, 2008.

TROUTMAN SANDERS LLP                  BENJAMIN A. KLOPMAN, CHARTERED


By: _/s/_____            By: __/s/_____
   Tameka M. Collier, #488979           Benjamin A. Klopman, #350082
   Troutman Sanders LLP                 216 North Adams Street
   401 9th Street, N.W.                 Rockville, Maryland  20850
   Suite 1000                           (301)424-0677
   Washington, D.C. 20004
   (202)274-2856                        Attorney for Plaintiff
                                        Lawrence F. Taylor
   David E. Constine III
   Troutman Sanders LLP
   P.O. Box 1122
   Richmond, Virginia 23218


   Attorney for Defendant
   UNUM Life Insurance Company


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2008, a copy of the foregoing was served electronically on the following:

   Benjamin A. Klopman
   216 North Adams Street
   Rockville, Maryland  20850


                          __/s/_____
                          Tameka M. Collier


2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR        :

    Plaintiff        :

  v.        :Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY        :

    Defendant        :

## ORDER GRANTING JOINT MOTION
## FOR CONTINUANCE

Upon consideration of the joint motion for continuance, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia

ORDERED, that the joint motion for continuance is hereby granted and the status conference scheduled for April 1, 2008 in the above-captioned case is hereby continued to June 30, 2008 at 9:30 a.m.

_____
United States District Court
JUDGE PAUL L. FRIEDMAN

cc:  Benjamin A. Klopman
     BENJAMIN A. KLOPMAN, CHARTERED
     216 North Adams Street
     Rockville, Maryland  20850

     Tameka M. Collier
     Troutman Sanders LLP
     401 9TH Street, N.W.
     Suite 1000
     Washington, D.C.  20004-2134

     David E. Constine III
     Troutman Sanders LLP
     P.O. Box 1122
     Richmond, Virginia  23218-1122