IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR :

    Plaintiff :

v. : Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY :

    Defendant :

### JOINT MOTION TO STAY CASE

The parties, by their undersigned counsel, jointly move to stay the above-captioned case and state the following in support of their motion.

1. The instant case is currently scheduled for a status conference on July 14, 2008 at 9:45 a.m.[1]

2. The parties have reached a settlement but need more time to prepare and execute the settlement agreement and finalize the settlement.

3. The parties, therefore, request that the case be stayed for thirty (30) days to accomplish the above.

4. Good cause exists for the granting of this joint motion to stay.

---

[1] The Court continued the status conference scheduled for June 30, 2008 at 9:30 a.m. to July 14, 2008 at 9:45 a.m. Plaintiff's counsel, however, is scheduled to be out-of-town on July 14, 2008. If this motion to stay is not granted, the parties request that the status conference be continued to a new date.

WHEREFORE, the parties jointly request that their joint motion to stay be granted and the case stayed for thirty (30) days.

| TROUTMAN SANDERS LLP | BENJAMIN A. KLOPMAN, CHARTERED |
|---|---|
| By: /s/ Tameka M. Collier | By: /s/ Ben A. K. |
| Tameka M. Collier, #488979 | Benjamin A. Klopman, #350082 |
| 401 9th Street, N.W. Suite 1000 Washington, D.C. 20004 (202)274-2856 | 216 North Adams Street Rockville, Maryland 20850 (301)424-0677 |
| Attorney for Defendant UNUM Life Insurance Compay | Attorney for Plaintiff Lawrence F. Taylor |

TROUTMAN SANDERS LLP

By: /s/ David E. Constine III
David E. Constine III, VSB No. 23223

P.O. Box 1122
Richmond, Virginia 23218

Attorney for Defendant
UNUM Life Insurance Company

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2008, a copy of the foregoing was mailed, postage prepaid, to:

Tameka M. Collier, Esquire
Troutman Sanders LLP
401 9TH Street, N.W.
Suite 1000
Washington, D.C.  20004-2134

David E. Constine III, Esquire
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122

_____
Benjamin A. Klopman

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

LAWRENCE FREDERICK TAYLOR  :

    Plaintiff  :

v.  : Civil Action No. 07-01269(PLF)

UNUM LIFE INSURANCE COMPANY  :

    Defendant  :

### ORDER STAYING CASE FOR THIRTY (30) DAYS

Upon consideration of the joint motion to stay case, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia

ORDERED, that the aforesaid motion is hereby granted and the above-captioned case hereby stayed for thirty (30) days.

                                               United States District Court
                                               JUDGE PAUL L. FRIEDMAN

cc:  Benjamin A. Klopman
     BENJAMIN A. KLOPMAN, CHARTERED
     216 North Adams Street
     Rockville, Maryland  20850

     Tameka M. Collier, Esquire
     401 9th Street, N.W.
     Suite 1000
     Washington, D.C.  20004-2134

     David E. Constine III, Esquire
     Troutman Sanders LLP
     P.O. Box 1122
     Richmond, Virginia  23218-1122