UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
LAWRENCE FREDERICK TAYLOR,                )
                                          )
    Plaintiff,                            )
                                          )
    v.                                    )   Civil Action No. 07-1269 (PLF)
                                          )
UNUM LIFE INSURANCE COMPANY,              )
                                          )
    Defendant.                            )
_____ )


### ORDER

On July 3, 2008, the parties filed a notice informing the Court that this case had been settled and requesting time in which to finalize the settlement. The Court agreed to a temporary stay of this matter. It is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 29, 2008